

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

G. ERIC BRUNSTAD JR.
eric.brunstad@dechert.com
+1 860 524 3960 Direct
+1 860 394 4189 Fax

June 29, 2023

<u>Via ECF</u>
Judge Andrew S. Hanen
United States District Court for the Southern District of Texas
Houston Division
Bob Casey United States Courthouse
515 Rusk Street, Room 9110
Houston, TX 77002

**Re:** ***Citadel Equity Fund Ltd., Excluded Lenders v. Serta Simmons Bedding, LLC (In re Serta Simmons Bedding, LLC)***, **Civil Action No. 23-2173**

Dear Judge Hanen:

Given that the current temporary stay in the above-captioned matter is set to expire at noon today, Appellant Citadel Equity Fund Ltd. ("Citadel") respectfully requests that, in the event the Court has not yet ruled on Citadel's motion for a stay by noon, that the Court extend the stay for a sufficient period of time for the Court to render its decision. In addition, to the extent the Court denies Citadel's motion for a stay, Citadel respectfully renews its request for an additional temporary stay to enable Citadel to seek relief in the Court of Appeals before the stay expires.

Respectfully submitted,

*/s/ G. Eric Brunstad, Jr.*
G. Eric Brunstad, Jr.